| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2002 | Report Required by the Ethics in Government Act of 1978. (5 U.S.C. App., §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) Proctor, R. David | 2. Court or Organization United States District Court Northern District of Alabama | 3. Date of Report 4/29/2003 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5. ReportType (check appropriate type) X Nomination, Date _____ ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/2002 - 4/20/2003 |
| 7. Chambers or Office Address 2021 Third Avenue North Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Shareholder; Vice President; Trustee | Lehr Middlebrooks Price & Proctor, P.C. |
| 2 Member | O'Neill Building, LLC |
| 3 Board Member | The Drew Battle Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) * | |

1 * My law firm and I will in the future discuss an agreement regarding appropriate payment for my interest

2 in the firm. It is contemplated that such an agreement will be for an exact amount and payable over one

3 year or less. At present, however, there are no such agreements.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2002 | Lehr Middlebrooks Price & Proctor, P.C. (attorney compensation) | $ 298,561.03 |
| 2 2003 | Lehr Middlebrooks Price & Proctor, P.C. | $ 42,333.32 |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | Exempt | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 2 | Exempt | | S |
| 3 | | | S |
| | | | S |
| 4 | | | S |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | X NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets) | | | | | | | | | |
| 1 Fidelity Advisor Div. Growth | A | Div. | K | T | Exempt | | | | |
| 2 Evergreen Select Adj. | A | Div. | L | T | | | | | |
| 3 Oppenheimer Quest | A | Div. | K | T | | | | | |
| 4 Calamos Market Neutral | B | Div. | K | T | | | | | |
| 5 Salomon Capital Fund | A | Div. | K | T | | | | | |
| 6 Fidelity Advisor Small Cap | | None | K | T | | | | | |
| 7 Delaware Corporate Bond | C | Div/STCG | K | T | | | | | |
| 8 Merrill Lynch Global Allocation | A | Div. | K | T | | | | | |
| 9 Ener Plus Res. Trust | A | Div. | K | T | | | | | |
| 10 Fidelity Advisor | | None | K | T | | | | | |
| 11 Delaware Select Growth | | None | K | T | | | | | |
| 12 Merrill Lynch Global Growth (LB) | | None | K | T | | | | | |
| 13 United Technologies Corp. | A | Div. | J | T | | | | | |
| 14 CMA Money Fund | B | Int. | K | T | | | | | |
| 15 O'Neill Building LLC | | None | M | W | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I Positions

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| Steering Committee Member | Project Corporate Leadership |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __5/5/03__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544